**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL JESTER,<br><br>        Petitioner,<br><br>   v.<br><br>VIMAL J. SINGH, Warden (A),<br><br>        Respondent. | NO. CV 12-3261-JST(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner.
4
5    LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7        DATED: June 26, 2012.
8
9
10   _____
11            JOSEPHINE STATON TUCKER
             UNITED STATES DISTRICT JUDGE