**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL JESTER, | ) NO. CV 12-3261-JST(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| VIMAL J. SINGH, Warden (A), | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 26, 2012.

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE